UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Plaintiff**<br><br>McCarthey Investments, LLC<br><br>-v-<br><br>**Defendants**<br><br>Abbas A. Shah, Linuxor Asset Management, LLC and Linuxor Capital Management, LLC, | Case No.  07-CV5617<br><br><br>**Rule 7.1 Statement** |

       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for McCarthey Investments, LLC (a private non-governmental Party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**NONE**

Date: 6/7/07

Signature of Attorney

Attorney Bar Code: 1672195