AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF New York

McCarthey Investments, LLC.

v.

Abbas A. Shah, Linuxor Asset Management, LLC and Linuxor Capital Management, LLC.

**APPEARANCE**

Case Number: 07 CV 5617

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants  Abbas A. Shah
Linuxor Asset Management, LLC
Linuxor Capital Management, LLC

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/11/2007 | *[signature]* |
| Date | Signature |
| | Charles B. Manuel, Jr.    C M3020 |
| | Print Name    Bar Number |
| | Shiboleth, Yisrael, Roberts & Zisman, LLP, One Penn Plaza |
| | Address |
| | New York    NY    10119 |
| | City    State    Zip Code |
| | (212) 792-0999    (212) 792-0998 |
| | Phone Number    Fax Number |