AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____Southern_____ DISTRICT OF _____New York_____

McCarthey Investments, LLC.

v.

Abbas A. Shah, Linuxor Asset
Management, LLC and Linuxor
Capital Management, LLC.

**APPEARANCE**

Case Number: 07 CV 5617

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants   Abbas A. Shah
Linuxor Asset Management, LLC
Linuxor Capital Management, LLC

I certify that I am admitted to practice in this court.

_____7/11/2007_____
Date

_[signature]_
Signature

Charles B. Manuel, Jr.                              C M3020
Print Name                                          Bar Number

Shiboleth, Yisrael, Roberts & Zisman, LLP, One Penn Plaza
Address

New York                NY                  10119
City                    State               Zip Code

(212) 792-0999          (212) 792-0998
Phone Number            Fax Number