# SHIBOLETH

Shiboleth, Yisraeli, Roberts & Zisman, LLP

## MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/26/07

July 24, 2007



Via Federal Express and Electronic Filing

Hon. Denise Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

JUL 26 2007

  Re: McCarthey Investments LLC. v. Abbas A. Shah, Linuxor Asset Management, LLC and Linuxor Capital Management, LLC.; USDC, SDNY case no. 07 CIV 5617.

    2001 Jane F. McCarthey GRAT No. 5 v. Abbas A. Shah, Linuxor Asset Management, LLC and Linuxor Capital Management, LLC.; USDC, SDNY case no. 07 CIV 5618.

    JFM Holdings, L.P. v. Abbas A. Shah, Linuxor Asset Management, LLC and Linuxor Capital Management, LLC.; USDC, SDNY case no. 07 CIV 5619.

Dear Judge Cote:

  I have been retained to represent Defendants Abbas A. Shah, Linuxor Asset Management, LLC and Linuxor Capital Management, LLC in connection with the above-referenced actions. Enclosed are courtesy copies of my Notices of Appearance which I have filed today.

  I spoke yesterday with Anthony W. Djinis, Esq., counsel for the Petitioners, in which I advised him that I was authorized by these defendants to accept service of process of the above-referenced Petitions to Confirm Arbitration Awards on their respective behalves.

  Mr. Djinis has forwarded to me a copy of the July 9, 2007 Scheduling Order. I respectfully request a modification to July 9, 2007 Scheduling Order to provide my clients an additional two weeks, until August 24, 2007, within which to file oppositions or other responses to the petitions to confirm, with the Petitioners' time to file their replies changed to August 31, 2007. I make this request because my schedule is extremely busy dealing with several

*Granted.
Denise Cote
July 26, 2007*

**Tel Aviv Affiliate**
Museum Tower, 4
Berkowitz Street
Tel Aviv 64238 Israel
Phone 972-3-777-8333
Fax 972-3-777-8444
manager@shibolet.com

1 Penn Plaza, Suite 2527 · New York, NY 10119
Phone 212-244-4111 · Fax 212-563-7108 · Email info@shiboleth.com

**SHIBOLETH**

emergency matters and need an extra two weeks within which to respond. Mr. Djinis has advised he has no objection to such change in the dates reflected in the Order.

Thank you for your attention to this matter.

Very truly yours,

Charles B. Manuel, Jr., Esq.

cc:   Anthony W. Djinis, Esq.
      Pickard and Djinis, LLP
      1990 M Street, N.W.
      Suite 660
      Washington, DC 20036

Enclosure